IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-58 |
| v. | : | DATE FILED: 2/25/21 |
| DAEVON BELL | : | VIOLATION: 18 U.S.C. § 111(a)(1) and (b) (assaulting a federal officer – 1 count) |
| | : | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 1, 2020, in Morrisville, in the Eastern District of Pennsylvania, defendant

**DAEVON BELL,**

by use of a dangerous weapon, that is, a Mazda 6 sedan, knowingly, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with officers of the United States, as designated in Title 18, United States Code, Section 1114, that is, United States Drug Enforcement Administration Special Agent F.D., while Special Agent F.D. was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL:

[signature]

**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

PBT

21-58

No._____

### UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

DAEVON BELL

INDICTMENT

Counts

18 U.S.C. § 111(a)(1) and (b) (assaulting a federal officer - 1 count)

███████████████████████

Filed in open court this _____ day,
Of _____ A.D. 20_____

Clerk

Bail, $_____